## 18928. GILL *v.* GILL, administratrix, *et al.*

HEAD, Justice. 1. "A court of equity shall have concurrent jurisdiction with the ordinary over the settlement of accounts of administrators." Code § 113-2203. Equity will not interfere with the regular administration of estates at the instance of an heir except where there is danger of loss or other injury to his interest. Code § 37-403. "Where law and equity have concurrent jurisdiction, whichever first takes jurisdiction shall retain it, unless a good reason shall be given for the interference of equity." Code § 37-122.

2. The petition fails to show that the available remedies at law are inade-

quate. Code § 113-1229. The present case falls squarely within the rulings of this court in *Hoffman* v. *Chester,* 204 *Ga.* 296 (49 S. E. 2d 760), *Hamrick* v. *Hamrick,* 206 *Ga.* 564 (58 S. E. 2d 145), *Salter* v. *Salter,* 209 *Ga.* 511 (74 S. E. 2d 241), and *Turner* v. *Turner,* 210 *Ga.* 586 (82 S. E. 2d 137).

*Judgment affirmed. All the Justices concur, except Wyatt, P. J., absent on account of illness.*

SUBMITTED APRIL 11, 1955—DECIDED MAY 9, 1955.

*Robert W. Reynolds,* for plaintiff in error.

*J. Lundie Smith, B. Lamar Tillman, Theo. W. Coleman,* contra.

*Judgment affirmed. All the Justices concur, except Wyatt, P. J., absent on account of illness.*